UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-1666       Case Name: Jodi Tapply, et al. v. Whirlpool Corporation

Name of counsel: Joseph R. Palmore

Pursuant to 6th Cir. R. 26.1, Whirlpool Corporation
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

Whirlpool Corporation is the indirect parent of two publicly-listed companies: Whirlpool S.A. (Brazil); and Whirlpool of India Limited. Whirlpool Corporation is a publicly owned company. It has no parent corporation. No publicly owned corporation owns 10% or more of its stock.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

No.

## CERTIFICATE OF SERVICE

I certify that on _____ August 4, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Joseph R. Palmore

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.